In the Matter of the Application of ALPHONSE A. BURKE, for a Review, under Article 78 of the Civil Practice Act, of the Liquor Authority of the State of New York against HENRY E. BRUCKMAN, Chairman, and Others, Commissioners of the State Liquor Authority.— Determination confirmed, with ten dollars costs and disbursements. All concur. (Proceeding to review the determination of defendants in revoking a liquor license.)  Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

CATHERINE E. SCHREIBER, Respondent, v. FRANK J. SCHREIBER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to dismiss the complaint in a matrimonial action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

HELEN EXNER, an Infant, by IRENE EXNER, Her Guardian ad Litem, Respondent, v. UNION FREE SCHOOL, DISTRICT NUMBER 2, TOWN OF BRUTUS, CAYUGA COUNTY, NEW YORK, and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Crosby and Lewis, JJ., who dissent and vote for reversal on the facts and for granting a new trial unless the judgment is reduced to $2,500 on the ground that the verdict is excessive. (The judgment is for plaintiff in an action for damages for personal injuries sustained by being struck by a falling bleacher in a school gymnasium. The order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

RICHARD O'CONNOR, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur, except Crosby and Dowling, JJ., who dissent and vote for reversal on the law on the ground that the finding that there was any actionable negligence on the part of the defendant is contrary to the evidence. (The judgment is for plaintiff in an action for property damage to an automobile and damages for loss of services of and medical attendance for plaintiff's wife resulting from an automobile collision caused by smoke from burning ties.)  Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

FLORENCE O'CONNOR, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Same decision and like cause of action as in companion case last above.  Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

EDWARD KENNEDY, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Same decision and like cause of action as in companion case last above.  Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

MERTON COTTON, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Same decision and like cause of action as in companion case last above.  Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

MANN'S RESTAURANTS, INC., 440 Broadway, Buffalo, New York, Appellant, v. GENESEE BREWING COMPANY, INC., Rochester, New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Taylor, J., not voting. (The order strikes out certain parts of a complaint in an action on a contract.)  Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.